VALLE MAKOFF LLP
JEFFREY B. VALLE (Bar No. 110060)
    jvalle@vallemakoff.com
DAVID S. SHUKAN (Bar No. 143683)
    dshukan@vallemakoff.com
11911 San Vicente Boulevard, Suite 324
Los Angeles, California 90049
Telephone:  (310) 476-0300
Facsimile:   (310) 476-0333

Attorneys for Defendant
WB Commerce, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TELEFLORA LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>        v.<br><br>WB COMMERCE, LLC d/b/a/ WESLEY BERRY FLOWERS, a Michigan limited liability company, and Does 1-10, inclusive,<br><br>            Defendants. | Case No.  2:15-cv-03587-SJO (AJWx)<br><br>The Honorable S. James Otero<br><br>DEFENDANT'S DISCLOSURE STATEMENT PER F.R.C.P. 7.1(a) AND NOTICE OF INTERESTED PARTIES PER LOCAL RULE 7.1-1<br><br>Date: n/a<br>Time: n/a<br>Ctrm: 1 |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and Local Rule 7.1-1, Defendant WB Commerce, LLC d/b/a Wesley Berry Flowers ("WBF") provides this Disclosure Statement and Notice of Interested Parties.

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned, counsel of record for WBF, certifies that WBF has no parent company, and no publicly traded corporation owns 10% or more of WBF's stock.

In accordance with Local Rule 7.1-1, the undersigned, counsel of record for WBF, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. WB Commerce, LLC, as Defendant.

2. Wesley Berry, as a principal of Defendant WB Commerce, LLC

3. Teleflora LLC, as Plaintiff.

4. Michigan Millers Mutual Insurance Company, as an insurance carrier that may be liable in whole or in part (directly or indirectly) for a judgment that may be entered in the action and/or for the cost of defense.

5. Illinois National Insurance Company, as an insurance carrier that may be liable in whole or in part (directly or indirectly) for a judgment that may be entered in the action and/or for the cost of defense.


DATED:  June 30, 2015          VALLE MAKOFF LLP


By:   ___/s/ Jeffrey B. Valle_____
Jeffrey B. Valle
Attorneys for Defendant
WB Commerce, LLC

1

PROOF OF SERVICE
2:15-CV-03587-SJO-(AJWx)

   I declare that I am over the age of eighteen years and that I am not a party to this action.  I am an employee of Valle Makoff LLP, and my business address is 11911 San Vicente Blvd., Suite 324, Los Angeles, California 90049.

   On the date set forth below, I served the following document(s) described as follows:

DEFENDANT'S DISCLOSURE STATEMENT PER F.R.C.P. 7.1(a) AND NOTICE OF INTERESTED PARTIES PER LOCAL RULE 7.1-1

on the interested parties in this action as follows:

James Paul Pecht
Kristina M. Diaz
Michael Javaherifar
ROLL LAW GROUP P.C.
11444 W. Olympic Blvd. 5th Floor
Los Angeles, CA 90064
Email: jppecht@roll.com;
kdiaz@roll.com; mjavaheri@roll.com

X  BY ELECTRONIC TRANSMISSION:  Per the Court's "Electronic Filing and Service Standing Order," I caused the documents to be sent to the persons at the email addresses listed with the Court in this matter.

X  (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  Executed on June 30, 2015, at Los Angeles, California.

/s/  Emma Navarro
_____
Emma Navarro

2